IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID KEITH MERRIMAN,<br><br>Defendant. | CR 22-70-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 14) on March 6, 2024,

IT IS HEREBY ORDERED that the trial set for April 29, 2024, is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **April 24, 2024, at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 6, 2024, and April 24, 2024, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

DATED this 6th day of March, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1